# United States Bankruptcy Court
## District of Nevada
### Case No. 08−18579−lbr

In re: (Name of Debtor)

| | |
|---|---|
| ERIC HOWARD BERNSTEIN | BONNIE SANDY BERNSTEIN |
| 636 YACHT HARBOR DRIVE #103 | 636 YACHT HARBOR DRIVE #103 |
| LAS VEGAS, NV 89145 | LAS VEGAS, NV 89145 |

Social Security No.:
xxx−xx−4341                                                                  xxx−xx−4509

## ORDER DISCHARGING CHAPTER 13 TRUSTEE

This case was converted to a Chapter 7 on 12/16/09.

IT IS ORDERED THAT Chapter 13 Trustee KATHLEEN LEAVITT is discharged as trustee of the estate of the above named debtor(s).

Dated: 2/10/10                                                                  BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court